UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANN WEISS, | : |
| | : CASE NO. _____ |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| QUINNIPIAC UNIVERSITY, | : MARCH 18, 2020 |
| | : |
| Defendant. | : |

**STATEMENT PURSUANT TO STANDING ORDER ON REMOVED CASES**

TO:   UNITED STATES DISTRICT COURT FOR THE
      DISTRICT OF CONNECTICUT

1. The date on which each defendant first received a copy of the summons and complaint in the state court action.

**Defendant first received a copy of the summons and complaint in the state court action on January 16, 2020.  However, plaintiff's original complaint did not include a federal claim and therefore was not removable.  Plaintiff thereafter filed an Amended Complaint alleging federal claims, thereby making the case removable, on February 20, 2020.  Defendant has not been served with the Amended Complaint but became aware of it on or about March 5, 2020 when undersigned counsel filed an appearance in the state court action.  (See Notice of Removal, ¶¶ 1-4).**

2. The date on which each defendant was served with a copy of the summons and complaint, if any of those dates are different from the dates set forth in item 1.

**See response to ¶ 1.**

3. In diversity cases, whether any defendant who has been served is a citizen of Connecticut. Also, if any party is a partnership, limited liability partnership or limited liability company or corporation, the citizenship of each partner, general partner, limited partner and member, and if any such partner, general partner, limited partner or member is itself a partnership, limited liability partnership or limited liability company or corporation, the citizenship of each member.

**Not applicable.**

4. If removal takes place more than thirty (30) days after any defendant first received a copy of the summons and complaint, the reasons why removal has taken place at the time.

**Removal has taken place within thirty (30) days of plaintiff's February 20, 2020 filing of an Amended Complaint, which added federal claims not pled in the original Complaint served on January 16, 2020. (See Notice of Removal, ¶¶ 1-4).**

5. The name of any defendant served prior to the filing of the notice of removal who has not formally joined in the notice of removal and the reasons why any such defendant did not join in the notice of removal.

**Not applicable.**

Respectfully submitted,

DEFENDANT,
QUINNIPIAC UNIVERSITY


By: */s/ Lawrence Peikes*
       Lawrence Peikes (ct07913)
       lpeikes@wiggin.com
       Caroline B. Park (ct29049)
       cpark@wiggin.com
       WIGGIN AND DANA LLP
       Its Attorneys
       Two Stamford Plaza
       281 Tresser Boulevard
       Stamford, Connecticut 06901
       P: (203) 363-7600
       F: (203) 363-7676

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2020, a copy of the foregoing Statement Pursuant to Standing Order was served electronically and by first-class U.S. mail, postage prepaid, on the following counsel of record:

Peter B. Prestley, Esq.
Madsen, Prestley & Parenteau, LLC
402 Asylum Street
Hartford, CT 06103
pbprestley@mppjustice.com
*Attorneys for Plaintiff*

 */s/ Caroline Park*
Caroline B. Park

7377\376\4829-1561-5671.v1